# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                             Plaintiff,

vs.

ROCIO ARREGUIN-VAZQUEZ (1),

                             Defendant.

Case No. 25-CR-3948-CAB

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐    the Court has dismissed the case for unnecessary delay; or

☐    the Court has granted the motion of the Government for dismissal, without prejudice; or

☐    the Court has granted the motion of the defendant for a judgment of acquittal; or

☐    a jury has been waived, and the Court has found the defendant not guilty; or

☒    the jury has returned its verdict, finding the defendant not guilty;

☒    of the offense(s) as charged in the Superseding Indictment:

    21 U.S.C. 952, 960; 21 U.S.C. 853 - Importation of Carfentanil; Criminal Forfeiture

Dated:   6/10/2026

Hon. Cathy Ann Bencivengo
United States District Judge